AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

RECEIVED SDNY PRO SE OFFICE 2019 JAN 10 AM 9:39 S.D. OF N.Y.

Raphael M. Pantoja
Rachel M. Pantoja

*Plaintiff(s)*

v.

Javier Enciso

*Defendant(s)*

Civil Action No. 18 CV 11842

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-19

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Javier Enciso
Federal Probation Office
EDNY
100 Federal Plaza 2nd Floor
Central Islip, NY 11722

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rachel Pantoja Pro se
1 Columbus Place N46D
NY NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: DEC 17 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Javier Enciso

was received by me on *(date)* 12/21/18 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

☑ I left the summons at the individual's ~~residence or usual place of abode~~ place of employment with *(name)* LARRY ANDRES , a person of suitable age and discretion who ~~resides~~ works there,

on *(date)* 12/21/18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________

______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/21/18

[signature]

*Server's signature*

Robert Quinn

*Printed name and title*

P.O. Box 2144 Huntington, NY 11743

*Server's address*

Additional information regarding attempted service, etc: