**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
RAPHAEL M. PANTOJA, RACHEL M.
PANTOJA, and RAFAEL M. PANTOJA,
                Plaintiffs,

-against-

JAVIER ENCISO & HERMAN QUAY,
                Defendants.
-----------------------------------------------------------X



18 **CIVIL** 11842 (PAE)(GWG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 6, 2020, defendants' motion to dismiss, or, in the alternative, for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
        January 6, 2020

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
               **BY:**
                                              **Deputy Clerk**